IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS A. GRANT, INC., | ) | |
| | ) | 2:07cv438 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | Magistrate Judge Caiazza |
| HURRICANE EQUIPMENT, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On April 19, 2007, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrate's Act, 28 U.S.C. §§ 626(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On February 14, 2008, the magistrate judge issued a Report (Document No. 34) recommending that Defendant Hurricane's Motion to Dismiss (Document No. 27) be granted, to the extent described in the Report.

Service of the Report and Recommendation was made, and neither party filed objections.

AND NOW, on this ___2nd___ day of April, 2008, IT IS HEREBY ORDERED that the Defendant Hurricane's Motion to Dismiss

(Document No. 27) is **GRANTED** to the extent described in the magistrate judge's Report, which is adopted as the opinion of the District Court.

                                             /s/ David Stewart Cercone
                                             David Stewart Cercone
                                             United States District Judge

cc:   Honorable Francis X. Caiazza
      United States Magistrate Judge

      Frank G. Murphy, Esquire
      Frey, Petrakis, Deeb, Blum & Briggs
      1601 Market Street
      Suite 2600
      Philadelphia, PA 19103

      Dennis A. Watson, Esquire
      Holly M. Whalen, Esquire
      Grogan Graffam, P.C.
      Four Gateway Center
      12th Floor
      Pittsburgh, PA 15222